**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00187-CV

### IN RE HERBERT GEARS, Relator

**Original Proceeding in the Fifth District Court of Appeals**
**Dallas County, Texas**

## ORDER

Before the Court is the Petition for Writ of Mandamus filed by relator, Herbert Gears.

The Court requests that Real Parties in Interest and Respondent file any responses to the petition

for writ of mandamus by February 21, 2014.

/s/    MICHAEL J. O'NEILL
        JUSTICE